United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    STEVEN WAYNE BONILLA,                    Case Nos.  25-cv-8125-PJH

8                  Plaintiff,                            25-cv-8126-PJH
                                                         25-cv-8388-PJH
9             v.                                         25-cv-8389-PJH
                                                         25-cv-8699-PJH
10   DAVID ANTHONY et. al.,                              25-cv-8700-PJH
                                                         25-cv-8761-PJH
11                 Defendants.                           25-cv-8762-PJH
                                                         25-cv-8763-PJH
12                                                       25-cv-8764-PJH
                                                         25-cv-8765-PJH
13                                                       25-cv-8766-PJH
                                                         25-cv-8768-PJH
14                                                       25-cv-8769-PJH
                                                         25-cv-8896-PJH
15                                                       25-cv-8897-PJH
                                                         25-cv-8898-PJH
16                                                       25-cv-8901-PJH
                                                         25-cv-8948-PJH
17                                                       25-cv-8949-PJH

18

19

20

21

22

23                                           **ORDER DISMISSING MULTIPLE
                                             CASES WITH PREJUDICE**

24

25         Plaintiff, a state prisoner, filed multiple pro se civil rights complaints under 42

26   U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

27   petition in this court with appointed counsel.  *See Bonilla v. Ayers,* Case No. 08-0471

28

United States District Court
Northern District of California

1    YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

2    *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

3         Plaintiff presents nearly identical claims in these actions.  He names as

4    defendants various federal judges, state judges, and other government officials.  He

5    seeks relief regarding his underlying conviction or how his other cases were handled by

6    the state and federal courts.

7         To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

8    he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

9    "under imminent danger of serious physical injury" at the time he filed his complaint.  28

10   U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

11   No. 13-0951 CW.

12        The allegations in these complaints do not show that plaintiff was in imminent

13   danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

14   IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

15   U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

16   *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

17   828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

18   prejudice.  The court notes that plaintiff has an extensive history of filing similar frivolous

19   cases.[1]

20        Furthermore, these are not cases in which the undersigned judge's impartiality

21   might be reasonably questioned due to the repetitive and frivolous nature of the filings.

22   *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate

23   reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases

24   assigned to that judge). [2]

25        The clerk shall terminate all pending motions and close these cases.  The clerk

26

27   [1] The undersigned is the fourth judge assigned cases filed by plaintiff.  This is the 81st
     order issued by the undersigned since April 30, 2020, pertaining to 1,302 different cases.
28   Plaintiff filed 962 other cases with the three other judges since 2011.

2

1   shall return, without filing, any further documents plaintiff submits in these closed cases.

2       **IT IS SO ORDERED.**

3   Dated: October 28, 2025

4

5                                       _/s/ Phyllis J. Hamilton_

6                                       PHYLLIS J. HAMILTON
                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California